# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**IN RE:**  MELVIN TAYLOR

DEBTOR

Case No.  21 B 05466
Chapter 13

Judge Jacqueline Cox

## NOTICE OF MOTION

TO:   See attached Service List

PLEASE TAKE NOTICE that on <u>January 31, 2022</u>, at <u>9:00 AM</u>, I will appear before the Honorable Cox, or any judge sitting in that judge's place, and present the attached Motion, a copy of which is attached.

**This Motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the Motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID is **<u>1612732896</u>** and the password is **<u>778135</u>**.

**If you object to this objection** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the objection will be called on the presentment date. If no Notice of Objection is timely filed, the court may sustain the objection in advance without a hearing.

By:   /s/Angie S. Lee
Movant

CERTIFICATE OF SERVICE

I, Angie S. Lee, certify that I served a copy of this notice and the attached motion on each entity shown above at the address shown by First Class US Mail on January 17, 2022, at 5:00 p.m.

/s/ Angie S Lee

Angie S Lee ARDC #6282075
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937
angieleelaw900@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 21-05466<br>Northern District of Illinois<br>Eastern Division<br>Sun Jan 16 10:05:39 CST 2022 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AT&T<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2694 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Discover Financial<br>Attn Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Equifax<br>Attn: Bankruptcy Dept.<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Attn: Bankruptcy Dept.<br>P.O. Box 2002<br>Allen, TX 75013-2002 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Midwest Express<br>Attn Bankruptcy<br>2835A High Ridge Road<br>High Ridge, MO 63049-2209 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Pennymac Loan Services<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Transunion<br>Attn: Bankruptcy Dept.<br>P.O. Box 1000<br>Crum Lynne, PA 19022 | University of Kentucky FCU<br>1730 Alysheba Way<br>Lexington, KY 40509-2279 |
| Vive Finance<br>Attn Bankruptcy<br>380 Data Dr Suite 200<br>Draper, UT 84020-2361 | (p)VIVE FINANCIAL LLC<br>ATTN BANKRUPTCY<br>P O BOX 708670<br>SANDY UT 84070-8639 | Angie S Lee<br>Lee Ratliff & Associates LLC<br>PO Box 677<br>Flossmoor, IL 60422-0677 |
| Melvin Taylor<br>5331 Crosswind Drive<br>Richton Park, IL 60471-1371 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St., Suite 3850<br>Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn Bankruptcy<br>PO Box 982234<br>El Paso, TX 79998 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Jefferson Capital Systems<br>Attn Bankruptcy<br>16 McLeland Road<br>Saint Cloud, MN 56303 |
| (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Portfolio Recovery Associates, LLC<br>c/o Best Buy<br>POB 41067<br>Norfolk VA 23541 | Vive Financial<br>PO Box 708670<br>Sandy, UT 84070 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) PennyMac Loan Services, LLC | (u)American Express | (u)Bestbuy |
| (u)Care Credit | (u)JcPenney | (u)Lend Nation |
| (u)One Main Financial | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    8<br>Total                 34 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:   MELVIN TAYLOR

DEBTOR

Case No.  21 B 05466
Chapter 13

Judge Jacqueline Cox

## ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

NOW COMES the movant, Angie S. Lee d/b/a Lee Ratliff & Associates LLC, and pursuant to Local Rule 2091-1 files this Motion for Leave to Withdraw:

1. That Angie S. Lee (hereinafter "Attorney"), doing business as Lee Ratliff & Associates LLC, is licensed to practice law in the Northern District of Illinois and was so at all times and on all dates relative hereto.

2. That Attorney was retained to represent Melvin Taylor (hereinafter "Debtor") in the present matter.

3. Attorney was paid by Debtor.

4. That Attorney has a pending full-time offer at a law office contingent that her practice is closed because she can no longer represent Debtor due to conflict of interest.

5. That Debtor has been provided a list of other attorneys should they wish to retain new counsel.

Wherefore, Movant Angie S. Lee of Lee Ratliff & Associates LLC prays that this Honorable Court grant leave for attorney Angie S. Lee of Lee Ratliff & Associates LLC to withdraw as attorney of record for Debtor and for further relief as this Honorable Court deems necessary and just.

                                                            Respectfully submitted,

                                                            /s/ Angie S. Lee
                                                          Attorney for the Debtor

Angie S. Lee #6282075
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937